UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| FORT BENNING FAMILY COMMUNITIES, LLC, | ) ) ) | |
| Plaintiff, | ) | Case Number: 4-17-CV-164-CDL-MSH |
| | ) | |
| v. | ) | |
| | ) | |
| PHYLLIS FOX, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

Pursuant to this Court's Order dated September 15, 2017, and for the reasons stated therein,

JUDGMENT is hereby entered in favor of Plaintiff as follows:

The Court hereby awards liquidated damages in the form of back rent to Plaintiff in the amount of $2,526.50; Plaintiff is also awarded costs in the amount of $400.00 for the filing fee in this case, $70.00 for service of process of the complaint and $522.50 for Plaintiff's attorney's fees in this case for a total of $992.50; for a total amount of $3,519.00. These amounts shall accrue interest from the date of the entry of judgment at the rate of 1.23% per annum until paid in full.

It is further ordered that Plaintiff be granted an Order of possession of the property located at 1-A Durham Court, Fort Benning, Georgia, 31905, which is located on the Fort Benning military installation. The post authorities at Fort Benning are hereby authorized to evict Defendant PHYLLIS FOX from the premises and to place Plaintiff in full possession of said premises beginning September 20, 2017.

This 18th day of September, 2017.

David W. Bunt, Clerk

s/Terrie L. Potts, Deputy Clerk

Approved By:
s/Stephen Hyles
United States Magistrate Judge